UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



_____

AFFINITY ELMWOOD GATEWAY
PROPERTIES, LLC,

      Plaintiff,

      v.                                                                                  25-CV-737 (JLS) (JJM)

STARK TRUSS COMPANY, INC.,

      Defendant.
_____

### DECISION AND ORDER

      Plaintiff Affinity Elmwood Gateway Properties, LLC, commenced this action in the State of New York Supreme Court, County of Erie on July 24, 2025, seeking to recover damages from Defendant Stark Truss Company, Inc., for defective work it allegedly performed on high-end condominiums. Dkt. 1-4. Stark Truss removed the action to this Court on August 11, 2025. Dkt. 1. The case has been referred to United States Magistrate Judge Jeremiah J. McCarthy for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 2.

      On September 17, 2025, Defendant moved to dismiss Plaintiff's Complaint. Dkt. 8. Plaintiff opposed the motion, Dkt. 11, and Defendant replied. Dkt. 13. On November 7, 2025, Judge McCarthy issued a Report and Recommendation ("R&R"), recommending that this Court grant Defendant's motion to dismiss. *See* Dkt. 15.

      Plaintiff objected to the R&R on six grounds and argues that Judge McCarthy "misperceived or misapplied New York law in granting Stark's motion to dismiss."

Dkt. 16 at 1; *see also id.* at 2–3. Defendant opposed the objections, Dkt. 18, and Plaintiff replied. Dkt. 19.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R, the objections briefing, and the relevant record. Based on its *de novo* review, the Court accepts and adopts Judge McCarthy's R&R.

The Court also notes that Judge McCarthy's R&R in the case *Stark Truss Company, Inc. v. Affinity Elmwood Gateway Properties, LLC, et al.*, 22-CV-979, indeed passed upon the substance of Affinity Elmwood's second counterclaim therein—at length. This Court accepted and adopted that R&R.

For the reasons above and in the R&R, Defendant's motion to dismiss Plaintiff's Complaint is GRANTED. The Clerk of Court shall close this case.

SO ORDERED.

Dated:   January 7, 2026
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE